**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

CASE NO. _____

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

vs.

**APPROXIMATELY $5,942,613.25
SEIZED FROM PNC BANK
ACCOUNT NUMBER 4003137609,**

    **Defendant.**

_____/

**<u>VERIFIED COMPLAINT FOR FORFEITURE IN REM</u>**

PLAINTIFF, United States of America, by and through the undersigned Assistant United States Attorney for the Southern District of Florida, hereby files this civil complaint for forfeiture *in rem* and alleges as follows:

1. This is a civil action *in rem* for forfeiture of $5,942,613.25 (hereinafter "Defendant Currency") seized from PNC Bank account number 4003137609 (the "PNC Account").

2. The Court has jurisdiction over the subject matter pursuant to Title 28, United States Code, Sections 1345 and 1355.

3. The Court has *in rem* jurisdiction over the Defendant Currency pursuant to Title 28, United States Code, Section 1355.

4. Venue for this action is proper in this Southern District of Florida because acts or omissions giving rise to the forfeiture occurred in the District and the Defendant Currency was seized in the District where it will remain throughout the pendency of this action.

## FACTUAL ALLEGATIONS

5. Company 1 entered into a contract to sell real property located in Wellington, Florida, with the closing scheduled for May 27, 2021. Individual 1 was the representative of Company 1 in this sale. Individual 2 acted as escrow agent, receiving and distributing the proceeds of the sale in his trust account.

6. On or about May 25, 2021, Individual 1 sent an e-mail to Individual 2 informing Individual 2 that the sales proceeds should be transferred to a Citibank account for further credit to a Goldman Sachs account held by Winter Winds. Individual 3, another representative of Company 1, was also included on these instructions.

7. On or about May 26, 2021, Individual 2 received an e-mail from a sender purporting to be from Individual 1, from an e-mail address intended to look like Individual 1's address, but included "vv" rather than "w" as in Individual 1's correct e-mail address. This e-mail changed the wiring instructions, replacing Winter Winds' bank account with the PNC Account and copied an e-mail address intended to look like Individual 3's e-mail address but included "rn" rather than "m" as in the correct e-mail address. Upon information and belief, the sender sought to fraudulently represent that Individual 3 agreed with these updated wire instructions by including a similar false e-mail address on the e-mail thread.

8. The real estate closing took place on or about May 27, 2021, and the proceeds of the sale were wired to Individual 2. On or about May 28, 2021, Individual 2 initiated a wire transfer in the amount of $5,942,613.25 in U.S. currency to the PNC Account.

9. Individual 2 transferred the funds to the PNC Account because Individual 2 was under the impression that Individual 2 had received legitimate wiring instructions from Individual

1. Individual 2 learned that the transfer request was fraudulent when the funds never arrived in the intended Goldman Sachs account held by Winter Winds. Individual 2 then noticed that the e-mail addresses did not match those of Individual 1 and Individual 3.

10. Individual 3 was not aware that updated wire instructions were provided to Individual 2 because Individual 3's actual e-mail address was not included on the e-mail sent by the unknown sender.

11. On July 8, 2021, the Defendant Currency was seized from the PNC Account.

12. USSS is currently in possession of the Defendant Currency, which is in the Southern District of Florida.

## LEGAL BASIS FOR FORFEITURE

13. Pursuant to 18 U.S.C. § 981(a)(1)(C), "[a]ny property, real or personal, which constitutes or is derived from proceeds traceable to a violation of . . . any offense constituting 'specified unlawful activity' . . . , or a conspiracy to commit such offense" is subject to forfeiture to the United States.

14. Pursuant to 18 U.S.C. 1343, it is a crime to "devise[] or intend[] to devise any scheme or artifice to defraud, or for obtaining money or property by means of false or fraudulent pretenses, representations, or promises, transmits or causes to be transmitted by means of wire, radio, or television communication in interstate or foreign commerce, any writings, signs, signals, pictures, or sounds for the purpose of executing such scheme or artifice, shall be fined under this title or imprisoned not more than 20 years, or both."

15. Based on the foregoing, the Defendant Currency constitutes or is derived from proceeds traceable to wire fraud violations of 18 U.S.C. § 1343 and is therefore, subject to

forfeiture, pursuant to 18 U.S.C. § 981(a)(1)(C).

## FIRST CLAIM FOR FORFEITURE
### Proceeds of Wire Fraud
### 18 U.S.C. § 981(a)(1)(C)

16. The factual allegations in paragraphs 1 through 15 are realleged and incorporated by reference herein.

17. As set forth above, the Defendant Currency constitutes or was derived from proceeds traceable to wire fraud that occurred.

18. Accordingly, the Defendant Currency is subject to civil forfeiture to the United States pursuant to 18 U.S.C. § 981(a)(1)(C).

**WHEREFORE**, Plaintiff, the United States of America, requests that this Honorable Court issue a warrant for the arrest of the Defendant Currency; that notice of this action be provided to persons known or thought to have an interest in or right against the Defendant Currency; that the Defendant Currency be forfeited and condemned to the United States of America; and for such other and further relief as this Court may deem just, necessary and proper.

Respectfully submitted,

JUAN ANTONIO GONZALEZ
ACTING UNITED STATES ATTORNEY

By: _____
Emily R. Stone
Assistant United States Attorney
Florida Bar No. 092077
99 N.E. 4th Street, 7th Floor
Miami FL, 33132-2111
Telephone: (305) 961-9407
E-mail: Emily.Stone@usdoj.gov

4

## VERIFICATION

I declare under penalty of perjury, that I am a Special Agent with United States Secret Service ("USSS") and that the foregoing factual allegations are true and correct to the best of my knowledge and belief.

The sources of my knowledge and information and the grounds of my belief are the official files and records of the United States, information supplied to me by other law enforcement officers, as well as my investigation of this case, together with others, as a Special Agent of USSS.

Executed this 30 day of August, 2021

ZACHARY SNIDER, SPECIAL AGENT
UNITED STATES SECRET SERVICE